October 23, 1975.

M. P. No. 74-96. VINCENT DiFALCO *et al. v.* THE HAVERFORD CORP. Petitioners are ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Joseph T. Trainor,* for petitioners. *Gunning, LaFazia, Gnys & Selya, Guy J. Wells,* for respondent.

M. P. No. 75-28. MARIANO BUCOLO *v.* ZONING BOARD OF REVIEW OF BRISTOL *et al.* Petitioner is ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Anthony R. Berretto,* for plaintiff-respondent. *Butterfield, Miller & Fuyat, John E. Fuyat,* for defendant-petitioner James Rossi, Inc.

M. P. No. 75-84. STEPHEN A. GORDON, *Receiver v.* ARCHIE SMITH *et al.* Petitioner is ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Stephen A. Gordon,* pro se.

M. P. No. 75-136. CHARLES R. FLATHER *v.* JOHN H. NORBERG, *Tax Administrator.* Motion of respondent to affirm the judgment under Rule 16(g) is denied. Roberts, C. J. not participating. *Edwards & Angell, Charles G. Edwards, Anne L. Northrup,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for respondent.